IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01192-EWN-CBS

PAUL A. PRICE,
    Plaintiff,
v.

MAURICIO TRE VEGA, III, individually and d/b/a Executive Financial Group, Inc., and
EXECUTIVE FINANCIAL GROUP, INC., a dissolved Texas corporation,
    Defendants.
_____

RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Price's failure to respond to the

court's Amended Order to Show Cause filed November 2, 2005.  Pursuant to the

General Order of Reference dated June 28, 2005, this civil action was referred to the

Magistrate Judge to, *inter alia*,  "[h]ear and determine any pretrial matter" and "to submit

to me proposed recommendations for my disposition of any motion . . . to dismiss the

entire action involuntarily."

    Proceeding  *pro se*, Price commenced this civil action on June 27, 2005, alleging

four claims for breach of contract, breach of covenant of good faith and fair dealing,

alter ego, and fraud arising out of a "single contractual transaction . . . between Plaintiff

and Defendant Vega. . . ." (*See* Complaint at ¶ 5).  On July 20, 2005, the court issued

a Minute Order setting the Scheduling Conference on October 13, 2005 at 9:00 a.m.

(Mountain Time) in Courtroom A-402, Fourth Floor of the Alfred A. Arraj U.S.

1

Courthouse, 901 19th Street, Denver, Colorado.  The court directed the parties to

submit a proposed scheduling order no later than 5:00 p.m. on October 6, 2005.  A

copy of the Minute Order was mailed to Price at 5050 Colorado Boulevard, Denver, CO

80216, the address provided to the court by Price.  (*See* Complaint at ¶ 1).  The court's

records indicate that Price's copy of the Minute Order was not returned to the court as

undeliverable.  The court did not received a proposed Scheduling Order.  The court

held the Scheduling Conference on October 13, 2005 at 9:00 a.m.  Neither Price nor

Defendants appeared at the Scheduling Conference.

> The Federal Rules of Civil Procedure provide:

> "[i]f service of the summons and complaint is not made upon a defendant
> within 120 days after the filing of the complaint, the court, upon motion or
> on its own initiative after notice to the plaintiff, shall dismiss the action
> without prejudice as to that defendant or direct that service be effected
> within a specified time; provided that if the plaintiff shows good cause for
> the failure, the court shall extend the time for service for an appropriate
> period. . . .

Fed. R. Civ. P. 4(m).  The Complaint was filed on June 27, 2005.  As of this date, Price

has not filed with the court any proof of service on the Defendants and more than 145

days has passed since the filing of the Complaint.

> Pursuant to D.C. COLO. LCivR 41.1., on October 17, 2005, the court ordered

Price to show cause why this civil action should not be dismissed for failure to appear

at the October 13, 2005 Scheduling Conference, failure to prosecute this civil action,

and failure to comply with the court's July 20, 2005 Minute Order.  The court warned

Price that failure to respond to the October 17, 2005 Order to Show Cause may result

in dismissal of the Complaint without further notice.  The Order to Show Cause was

mailed to Price at the address provided to the court by Price.  The court's records indicate that Price's copy of the October 17, 2005 Order to Show Cause was not returned to the court as undeliverable.

Due to a typographical error in the October 17, 2005 Order to Show Cause, the court issued an Amended Order to Show Cause on November 2, 2005, directing Price to show cause why this civil action should not be dismissed for failure to appear at the October 13, 2005 Scheduling Conference, failure to prosecute this civil action, failure to comply with the court's July 20, 2005 Minute Order, and failure to timely serve Defendants.  The court warned Price that failure to respond to the Amended Order to Show Cause on or before November 18, 2005 may result in dismissal of the Complaint without further notice.  The Amended Order to Show Cause was mailed to Price at the address provided to the court by Price.  The court's records indicate that Price's copy of the November 2, 2005 Order to Show Cause was not returned to the court as undeliverable.

As of this date, Price has not responded to the October 17, 2005 Order to Show Cause or the November 2, 2005 Amended Order to Show Cause.  Accordingly,

IT IS RECOMMENDED that the Complaint be dismissed for failure to appear at the October 13, 2005 Scheduling Conference, failure to prosecute this civil action, failure to comply with the court's July 20, 2005 Minute Order, failure to timely serve Defendants, and failure to respond to the October 17, 2005 Order to Show Cause or the November 2, 2005 Amended Order to Show Cause.

DATED at Denver, Colorado, this 29th day of November, 2005.

BY THE COURT:

s/Craig B. Shaffer
Craig B. Shaffer
United States Magistrate Judge