IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–01192–EWN–CBS

PAUL A. PRICE,

    Plaintiff,

v.

MAURICIO TRE VEGA, IIII,
Individually and dba Executive Financial
Group, Inc., and
EXECUTIVE FINANCIAL GROUP, INC.,
a dissolved Texas Corporation,

    Defendants.

---

**ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION**

---

This matter is before the court on the "Recommendation of United States Magistrate Judge" filed November 29, 2005. No party has objected to the recommendation. I have conducted the requisite *de novo* review of the issues, the record, and the recommendation. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law. Accordingly, it is

**ORDERED** as follows:

1. The recommendation is ACCEPTED.

2. The Complaint is dismissed for Plaintiff's failure to appear to comply with the court's July 20, 2005 Minute Order, failure to timely serve Defendants, and failure to respond

to the October 17, 2005 Order to Show Cause or the November 2, 2005 Amended Order to Show Cause.

DATED this 19th day of December, 2005.

                                                   BY THE COURT:

                                                   s/ Edward W. Nottingham
                                                   EDWARD W. NOTTINGHAM
                                                   United States District Judge